

FILED
CLERK, U.S. DISTRICT COURT

1/25/19

CENTRAL DISTRICT OF CALIFORNIA
BY: bm          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRIAN WEARREN,                ) Case No.  CV 18-9637-JGB (JPR)
                              )
          Plaintiff,          )
                              )  Motion to Request a
     v.                       )  Extension of Time
                              )
JOSEPH A. GOFFERMAN et al.,   )
                              )
          Defendants.         )
                              )

Received  1/25/2019
          (Date)
Scanned at CMC and E-mailed
on  1/25/2019 by  [signature]
    (Date)           (Initials)
Number of pages scanned:
      3

1. To the Honorable United States District Judge Jesus G. Bernal
2. and the Honorable United States Magistrate Judge Jean P. Rosenbluth,
3. I, Brian Wearren (Plaintiff) and pro se litigant before your
4. Court has been ordered by this Court (United States District Court
5. Central District of California) to submit a First Amended Complaint
6. within twenty-eight days (28) from the date of the order which
7. the order is dated December 31, 2018.
8. I am respectfully requesting an extension of time in the
9. amount of thirty (30) days to comply with the Courts order
10. to submit a First Amended Complaint for the following
11. reasons:
12. a. That the courts order dismissing complaint with leave to
13. amend and order to file first amended complaint within
14. twenty-eight days (28) of the date of this order which is
15. December 31, 2018
16. b. That this courts order was delivered to me (Plaintiff) via
17. legal at California Men's Colony January 9, 2019 in the evening
18. at approximately 5:45 p.m.
19. c. That due to a and b combined the clock was running for
20. over one (1) week of valuable time before I was able to
21. begin to study to successfully pursue compliance of this
22. courts order and my desires to submit a first amended
23. complaint remedying the deficiencies discussed in the
24. Courts order.
25. d. That I Brian Wearren (Plaintiff) am a pro se litigant had to
26. present to the law librarian a court deadline to acquire
27. preferred legal user status which would allow me 1 hour
28. and a half of law library use.

1

1.      e. That I am assigned to a job that is required mandatory
2.      attendance before I go to the law library.
3.      f. That I share law library access and legal materials with
4.      a multitude of other inmates which limits access
5.      during this 1 hour and a half period to valuable legal
6.      material.
7. For the above stated reasons Plaintiff request a thirty (30)
8. day extension of time to successfully remedy defiencies
9. and submit a first amended complaint.
10.
11.
12.      Respectfully submitted,
13.      Micheal K. Frearren
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

2