Brian Wearren P-03629
California Men's Colony – West
P.O. Box 8101
San Luis Obispo, CA 93409-9101

Received 5/19/2020
(Date)
Scanned at CMC and E-mailed
on 5/20/2020 by [initials]
(Date)           (Initials)
Number of pages scanned:
5

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WEARREN,<br>Plaintiff,<br><br>V.<br><br>JOSEPH A. GOFFERMAN et al.,<br>Defendant, | ) Case No. CV 2:18-9637-JGB (JPR)<br>) NOTICE TO THE COURT OF NO ACCESS<br>) TO LAW LIBRARY AND MOTION FOR<br>) SUMMARY JUDGEMENT AGAINST<br>) DEFENDANT JOSEPH GOFFERMAN<br>)<br>) THE HONORABLE MAGISTRATE<br>) JEAN P. ROSENBLUTH<br>) COURTROOM : 690 |

## NOTICE TO THE COURT

1. ON APRIL 24, 2020 PLAINTIFF RECEIVED AN ORDER ACCEPTING
2. FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE
3. SIGNED BY THE HONORABLE JESUS G. BERNAL, U.S. DISTRICT JUDGE.
4. AMONGST THE FINDINGS AND RECOMMENDATIONS WAS A DEADLINE
5. OF 28 DAYS OF THE DATE OF THIS ORDER TO FILE A SECOND
6. AMENDED COMPLAINT IF PLAINTIFF DESIRES TO PURSUE ANY OF
7. HIS CLAIMS. THIS ORDER WAS DATED APRIL 17, 2020. INCLUDED
8. IN THIS ORDER WAS A WARNING IN BOLD TYPE THAT IF PLAINTIFF
9. FAILS TO TIMELY FILE A SUFFICIENT SAC, THE COURT MAY DISMISS
10. THIS ACTION ENTIRELY ON THE GROUNDS SET FORTH IN THE ORDER
11. OR FOR FAILURE TO DILIGENTLY PROSECUTE.
12. DUE TO THE CORONAVIRUS (COVID-19) PANDEMIC THE GOVERNOR
13. OF THE STATE OF CALIFORNIA GAVIN NEWSOM ISSUED AN EXECUTIVE
14. ORDER PLACING THE STATE ON STAY-AT-HOME ORDERS FOR ALL
15. NON-ESSENTIAL EMPLOYEES AND ISSUED AN ORDER FOR 6 FT.
16. SOCIAL DISTANCING SPACING BETWEEN ALL CALIFORNIA CITIZENS.
17. THESE ORDERS HAVE EFFECTED ALL CITIZENS IN THE STATE OF
18. CALIFORNIA INCLUDING ITS PRISON POPULATION. THE IMPACT TO
19. THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
20. HAS BEEN SIGNIFICANT, CAUSING THE CLOSURES OF ALL
21. REHABILITATIVE ACTIVITIES, ALL EDUCATION PROGRAMS, AND
22. LIBRARY SERVICES INCLUDING THE LAW LIBRARY. THIS HAS EFFECTED
23. PLAINTIFF DETRIMENTALLY BECAUSE I AM NOT ALLOWED ANY ACCESS
24. TO THE LAW LIBRARY, THEREFORE, EFFECTIVELY ELIMINATING
25. ALL ACCESS TO ANY LEGAL MATERIALS THAT WOULD BE REQUIRED
26. TO PROSECUTE MY CIVIL ACTION ANY FURTHER. CALIFORNIA
27. DEPARTMENT OF CORRECTIONS AND REHABILITATIONS PROGNOSTICATIONS

1. ARE THAT THE GOVERNORS ORDERS AND THE PRISON PROCEDURES
2. COULD LAST UNTIL THE END OF THE YEAR.
3. DUE TO THE INABILITY TO KNOW OR EVEN SPECULATE HOW LONG
4. THE GOVERNORS STAY-AT-HOME AND 6 FT. SOCIAL DISTANCING
5. ORDERS WILL REMAIN IN PLACE, NOR KNOWLEDGE OF WHEN
6. CDCR WILL RESUME NORMAL OPERATIONS AND OPEN THE LAW
7. LIBRARY DUE TO THIS PANDEMIC THERE IS NO WAY TO ESTIMATE
8. THE AMOUNT OF TIME NEEDED TO REQUEST AN EXTENSION TO PURSUE
9. THESE CLAIMS THROUGH A SAC.
10. PLAINTIFF HAS FILED NO OBJECTIONS TO THE FINDINGS AND
11. RECOMMENDATIONS OF THE U.S. MAGISTRATE JUDGE AND
12. REALIZES THE FUTILITY OF AN SAC AND THE AMOUNT OF TIME
13. REQUIRED DUE TO THE PANDEMIC IF A STAY OR EXTENSION WAS
14. GRANTED, TO BRING THIS MATTER TO A CONCLUSION, PLAINTIFF
15. DOES ATTACH TO THIS NOTICE TO THE COURT, A REQUEST FOR
16. SUMMARY JUDGEMENT AGAINST DEFENDANT GOFFERMAN IN
17. AGREEANCE WITH THE FINDINGS AND RECOMMENDATIONS OF
18. U.S. MAGISTRATE JUDGE JEAN ROSENBLUTH THAT DEFENDANT
19. DID VIOLATE PLAINTIFFS FIRST AND EIGHTH AMENDMENT
20. RIGHTS.
21. NOTE: THIS REQUEST FOR SUMMARY JUDGEMENT WILL BE
22. WITHOUT THE ACCESS TO THE LAW LIBRARY, OR CASE LAW, OR
23. CASE CITES DUE TO THE ABOVE STATED REASONS.
24.
25.                                         RESPECTFULLY SUBMITTED
26.                                         Brian Brennan
27.
28.                                         DATED: MAY 13, 2020

2