**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN WEARREN, | ) Case No. CV 18-9637-JGB (JPR) |
| Plaintiff, | ) CASE MANAGEMENT AND SCHEDULING ORDER |
| v. | ) |
| JOSEPH A. GOFFERMAN, | ) |
| Defendant. | ) |

## I. DISCOVERY

**1. Cutoff Date**

All discovery must be <u>completed</u> on or before **Wednesday, May 18, 2022**. No discovery may be taken after that date without prior approval of the Court. Such approval will be granted only in exceptional circumstances and upon a showing of good cause.

Discovery taken by deposition is complete when questioning ceases. Discovery taken by written request (interrogatories, requests for production of documents and things, and requests for admissions) is complete on the date the written response to the request is due.

**2. <u>Availability of Discovery</u>**

Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party and proportional to the needs of the case. <u>See</u> Fed. R. Civ. P. 26(b)(1). Pro se litigants are entitled to discovery in civil-rights actions to the same extent as litigants represented by counsel. Of course, the Court may order a complete or partial stay of discovery in appropriate circumstances, including when a defense of qualified immunity is raised.

**3. <u>Depositions</u>**

Any deposition must be scheduled to begin at least 14 calendar days after service of the deposition notice and at least 14 calendar days before the discovery cutoff date. Under Federal Rule of Civil Procedure 30(a)(2), leave of Court is given to depose Plaintiff if Plaintiff is confined in jail or prison.

**4. <u>Interrogatories, Production of Documents and Things, and Requests for Admissions</u>**

Any interrogatories, requests for production of documents and things, or requests for admission must be served at least 45 calendar days before the discovery cutoff date.

**II. MOTIONS**

**1. <u>Discovery Motions</u>**

Any motion challenging the adequacy of a discovery response or seeking an order compelling further discovery must be filed and served not later than the discovery cutoff date. If no party to the action is in custody, Local Rule 37-2 will govern the preparation and filing of any discovery motion. If any party to the action is in custody, the parties are excused from Local Rule

37-2's joint-stipulation requirement.  In that case no hearing date will be set and any opposition must be filed no later than 21 days from service of the motion.  Neither the motion nor the opposition, including memoranda in support, may exceed 10 pages in length unless leave of Court is obtained in advance.  Any reply may be filed within 14 days of service of the opposition and is limited to eight pages in length.  The Court expects the parties to resolve discovery problems among themselves whenever possible.  <u>See</u> C.D. Cal. R. 37-1.

**2.** Any motion to join other parties or amend the pleadings must be filed no later than **Monday, July 18, 2022**.

**3.** <u>**Substantive Motions**</u>

Any motions directed to the Court's jurisdiction or to the merits of any claim or defense (such as a motion for summary judgment) must be filed and served not later than **Monday, September 19, 2022**.  If no party to the action is in custody, the Local Rules governing the noticing and briefing of motions apply.  <u>See</u> C.D. Cal. Rs. 7, 56.  If any party to the action is in custody, no hearing date will be set.  Any opposition to the motion must then be filed and served within 21 calendar days after service of the motion, any reply must be filed within 14 calendar days after service of the opposition, and the motion will be deemed submitted for decision on the basis of the papers timely filed and without oral argument unless otherwise ordered by the Court.  Motions and oppositions are limited to 20 pages unless otherwise ordered.  Replies are limited to eight pages.

### III. STATUS REPORT

Each party must file and serve a status report no later than **Friday, March 18, 2022**. The status report must contain the following information: (a) a summary of the proceedings to date and a statement of the principal issues raised by the case; (b) a statement as to whether all parties have been served and, if not, a proposed deadline by which service will be completed; (c) a description of any discovery completed and a schedule for any future discovery; (d) a list of contemplated motions, if any, along with proposed dates for the filing and hearing of such motions; (e) an estimate of the time likely to be required for trial, and a statement as to whether trial by jury is desired and has been properly requested; (f) a description of any settlement negotiations that have occurred, and a recommendation as to the form of settlement conference or other method of alternative dispute resolution that would be most appropriate given the nature of this case; and (g) any suggestions the parties may wish to make regarding the management of this action. The parties are strongly encouraged to file a joint status report when feasible.

### IV. COMPLIANCE WITH RULES

All parties must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court, unless compliance is expressly waived by order.

Compliance with the following Local Rules is waived if, and only if, Plaintiff is in custody and not represented by counsel: 7-3, 7-14, 7-15 (all substantive motions will be deemed submitted the day after the reply papers are due), 26-1, 37-2, 37-3, and 65-1 (but only to the extent that it requires motions for

4

temporary restraining orders or preliminary injunctions to be set for hearing on the calendar).

IT IS SO ORDERED.

DATED: November 18, 2021

*(signature)*
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

5