NOTE: CHANGES MADE BY THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH WEARREN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>J. GOFFERMAN, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:18-cv-09637-JGB-JPR<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION TO MODIFY SCHEDULING ORDER TO EXTEND THE DISCOVERY DEADLINE AND DISPOSITIVE-MOTION DEADLINE BY THIRTY DAYS** |

Defendant Gofferman have filed an *ex parte* application to modify the current Scheduling Order (ECF No. 72), to extend the discovery cut-off, deadline to amend pleadings, and dispositive motion deadline by thirty (30) days.  Having considered the application, the Court finds good cause to grant such extension request.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1. Defendant's request for an enlargement of time is granted;

2. The Discovery Exchange cut-Off is June 17, 2022;

3. The deadline to amend the pleadings is August 17, 2022, and

/ / /

/ / /

1

1      4.  Dispositive motions are due on October 19, 2022.

Any future ex parte applications from either party must comply with Local Rule 7-19 or they may be denied on that basis alone.

Dated:  April 19, 2022

_____
Honorable Jean P. Rosenbluth