# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 18-9637-JGB (JPR)**            Date: **December 29, 2022**
Title:  **Brian Keith Wearren v. Joseph A. Gofferman**

================================================================

**DOCKET ENTRY: Order Granting Plaintiff's Ex Parte Application to Continue Case-Management Dates**

================================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:
None present                                              None present

**PROCEEDINGS: (IN CHAMBERS)**

    On December 15, 2022, Plaintiff filed an ex parte application to continue certain case-management dates for 60 days for various reasons.  On December 19, Defendant opposed.

    Among the reasons Plaintiff gives for wanting additional time to conduct discovery is that he has not yet received from Defendant initial disclosures under Federal Rule of Civil Procedure 26.  (Appl. at 4.)  Defendant does not address this reason in his opposition other than to say that Plaintiff has had other means of identifying potential witnesses during the discovery period, implying that he has not yet provided Plaintiff with initial disclosures.  (Opp'n at 7.)[1]

    Under Rule 26(a)(1)(B)(iv), Defendant was originally exempt from making initial disclosures to Plaintiff because he was incarcerated and representing himself pro se.  Now that he has been released from prison, he is entitled to such disclosures,

---

[1] Defendant is reminded that under the Court's Local Rules, courtesy copies delivered to chambers are supposed to bear indicia of filing.  See C.D. Cal. R. 5-4.5 (stating that mandatory chambers copies "must be printed from CM/ECF" and "include . . . the CM/ECF-generated header").

MINUTES FORM 11                                                      Initials of Deputy Clerk: bm
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.     **CV 18-9637-JGB (JPR)**                                                              December 29, 2022
   **Brian Keith Wearren v. Joseph A. Gofferman**                                                    Page 2

---------------------------------------------------------------

and Defendant must make them no later than 14 days from the date of this order if he has not done so already.  Cf., e.g., Andrich v. Maricopa Cnty., No. CV-19-05628-PHX-GMS (MTM), 2021 WL 2451653, at *1 (D. Ariz. May 13, 2021) (noting that after plaintiff was released from prison, Defendant provided him with initial disclosures), aff'd by 2022 WL 4298149 (9th Cir. Sept. 19, 2022).  As Defendant knows, initial disclosures cover not only witnesses but also production of documents that the party may use to support its defenses.  Plaintiff's receipt of Defendant's initial disclosures may open up other avenues of investigation and discovery for him.  Accordingly, the Court GRANTS Plaintiff's ex parte application to continue certain case-management dates.  The new dates are as follows:

Discovery cutoff: February 13, 2023
Deadline to File Motion for Leave to Join Parties: April 13, 2023
Deadline to File Dispositive Motions: May 15, 2023.

All other terms of the Court's November 18, 2021 case-management order remain in effect.  The Court is unlikely to grant any further extensions absent exceptional reasons.

MINUTES FORM 11                                                                    Initials of Deputy Clerk: bm
CIVIL-GEN