ROB BONTA
Attorney General of California
R. LAWRENCE BRAGG
Supervising Deputy Attorney General
JUSTIN T. BULLER
Deputy Attorney General
State Bar No. 325265
  1300 I Street
  Sacramento, CA 95814
  Office: (916) 210-7909
  E-mail:  Justin.Buller@doj.ca.gov
*Attorneys for Defendant*
*J. Gofferman*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **BRIAN KEITH WEARREN,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSEPH A. GOFFERMAN, et al.,**<br><br>Defendants. | 2:18-cv-09637-JGB-JPR<br><br>**ORDER TO MODIFY SCHEDULING ORDER TO EXTEND THE DEADLINE FOR DISPOSITIVE-MOTIONS BY THIRTY DAYS**<br><br>Judge:     Hon. Jean P. Rosenbluth<br>Trial Date:  Not Set<br>Action Filed: November 15, 2018 |

On May 9, 2023, Defendants moved the Court for an order extending the dispositive motions deadline to June 15, 2023.

Good cause having been shown, **IT IS SO ORDERED.**

Dated: 5/10/2023

_____
HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE