UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WEARREN, | ) No. CV 18-9637-JGB (JPR) |
| Plaintiff, | ) **ORDER ACCEPTING MAGISTRATE** |
| v. | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| JOSEPH A. GOFFERMAN, | ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, Defendant's motion for summary judgment, the other records on file herein, the Magistrate Judge's Report and Recommendation, and Defendant's Objections to the R. & R. The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Defendant's motion for summary judgment is denied.

2. The clerk serve this Order on all counsel or parties of record.

3. The clerk vacate the reference to the Magistrate Judge.

DATED: January 25, 2024

JESUS G. BERNAL
U.S. DISTRICT JUDGE