# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Keith Wearren<br><br>PLAINTIFF(S),<br>v.<br><br>Joseph A. Gofferman et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:18-cv-09637 JGB(JPR)<br><br>NOTICE OF REASSIGNMENT OF CASE |

To:  ALL COUNSEL APPEARING OF RECORD

☒  Pursuant to Order of the Court filed 1/25/2024

☐  In accordance with the Court's policy pertaining to the assignment of 8 U.S.C. § 1326 case related to a prior matter, case no. _____

You are hereby notified that this case has been referred to the calendar of Magistrate Judge Jean P. Rosenbluth for:

☐  all further proceedings;
☒  any discovery matters that are or may be referred by the District Judge;
☐  any matters that are referred pursuant to General Order 05-07.
☐  other: _____

On all documents subsequently filed in this case, please substitute the initials   JPRx   after the case number in place of the initials of the prior judge so that the case number will read:   2:18-cv-09637 JGB(JPRx)  . This is very important because documents are routed to the assigned judge by means of these initials.

Clerk, U.S. District Court

Date 02/01/2024

By Robert R. Nadres
Deputy Clerk

cc:  ☐ Previous Judge   ☐ Statistics Clerk

G-41 (04/14)                      NOTICE OF REASSIGNMENT OF CASE